JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **II**   Investigating Agency **DEA, ATF**
City **New Bedford**
County **Bristol**

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  23-1235-DLC, 23-1236-DLC, 23-1237-DLC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Yohenry Contreras-Lara   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: Amado Delgado Mendez
Address: (City & State) New Bedford, Mass.
Birth date (Yr only): 1994   SSN (last4#): ____   Sex ____   Race: ____   Nationality: ____

Defense Counsel if known: Murat Erkan   Address: 300 High Street
Bar Number: 637507   Andover, MA 01810

**U.S. Attorney Information:**

AUSA: Evan D. Panich   Bar Number if applicable: 681730

Interpreter: ☑ Yes ☐ No   List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: 11/01/2022

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at  Bristol HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment
Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/23/23   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC s. 846 | Conspiracy to distribute and PWID controlled substances | 1 |
| Set 2 | 42 USC s. 408 | False Representation of a Social Security Number | 2 |
| Set 3 | 18 U.S.C. s. 1028A | Aggravated Identity Theft | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA, ATF

**City** New Bedford    **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  23-1235-DCC, 23-1236-DCC, 23-1237-DCC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Vinicio DeJesus Marrero Arias    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) New Bedford, Mass.

Birth date (Yr only): 1984    SSN (last4#): ____    Sex ____    Race: ____    Nationality: ____

**Defense Counsel if known:** _____    Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Evan D. Panich    Bar Number if applicable: 681730

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 11/01/2022

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Bristol HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release    Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/23/23    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC s. 846 | Conspiracy to distribute and PWID controlled substances | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____